Commonwealth, Appellant, *v.* Davis.

Argued March 28, 1974. *David Richman,* Assistant District Attorney, with him *Mark Sendrow,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *Joseph V. Restifo,* for appellee.

OPINION PER CURIAM: The order of the court below granting a new trial solely to enable appellant to es-

tablish the admissibility of a polygraph test is erroneous as a matter of law. *Commonwealth v. Brooks,* 454 Pa. 75, 309 A. 2d 732 (1973). Reversed and remanded.